Summons in a Civil Action (Rev 11/97)

# United States District Court

F I L E D

## SOUTHERN DISTRICT OF CALIFORNIA

08 JUN 20 PM 12: 55

NOVA RANGER, INC., a California
corporation,

        Plaintiff,

    vs.

PATTERSON DENTAL SUPPLY, INC., a
Minnesota corporation; SOUTHERN
DENTAL INDUSTRIES, INC., an Illinois
corporation; COLTENE/WHALEDENT,
INC., an Ohio corporation; SPRING HEALTH
PRODUCTS, INC., a Pennsylvania
corporation; SHINOBU DOI, an individual
doing business as DENTAL SYSTEMS
INTERNATIONAL; and DOES 1 through 50,
inclusive,

CLE U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

**SUMMONS IN A CIVIL ACTION**

Case No.


DEPUTY

## '08 CV 1092 L NLS

TO: (Name and Address of Defendant)

    YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Jonathan Paul
THE TECH LAW GROUP, P.C.
110 West C Street, Suite 2200
San Diego, CA 92101

    An answer to the complaint which is herewith served upon you, within _____20_____ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment
    by default will be taken against you for the relief demanded in the complaint.

JUN 2 0 2008

| | |
|---|---|
| W. Samuel Hamrick, Jr. | |
| CLERK | DATE |

By    J. HINKLE    , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)